IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TASHA CHAPMAN,**

    **Plaintiff,**

vs.

**FRANKLIN COUNTY BOARD
OF COMMISSIONERS,** *et al.***,**

    **Defendants.**

Case No. 2:24-cv-0029
Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff initiated this action on January 4, 2024. (ECF No. 1.) On January 19, 2024, the Court granted Plaintiff leave to proceed *in forma pauperis* with this action. (ECF No. 5.) In that Order, the Court advised Plaintiff that because she is proceeding *in forma pauperis*, the Court "will conduct an initial screening of the Complaint as soon as practicable to identify cognizable claims and to recommend dismissal of Plaintiff's Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief." (*Id.*) The Court further explained that only after screening the Complaint will the Court "enter an appropriate order and direct service of summons and complaint on Defendants." (*Id.*)

On February 6, 2024, the Court struck a number of Plaintiff's filings as premature, as the Court has not yet performed the initial screen of Plaintiff's Complaint. (ECF No. 14.) The Court noted that it "will **NOT** consider any additional filings from Plaintiff until the Court has performed its initial screen of Plaintiff's Complaint," and advised Plaintiff that **"the Court will**

1

**STRIKE** any future filings from the record until the Court performs its initial screen." (*Id.* (emphasis in original).)

On February 12, 2024, Plaintiff filed a Motion for Relief from Court's January 16, 2024 Order. (ECF No. 15.) Consistent with the Court's February 6, 2024 Order, ECF No. 14, the Court **STRIKES** the Motion for Relief from Court's January 16, 2024 Order, ECF No. 15. Plaintiff is **DIRECTED** to **CEASE** filing documents until after the Court has performed its Initial Screen of Plaintiff's Complaint.

**IT IS SO ORDERED.**

Date:  February 15, 2024                              /s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE